# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROSEMARY MORGAN-LEE | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )     CASE NO. 13-cv-11997-DPW |
| | ) |
| THERAPY RESOURCES | ) |
| MANAGEMENT LLC | ) |
| | ) |
| Defendant. | ) |
| | ) |

## MOTION TO REDACT AND/OR TO SEAL ELECTRONIC TRANSCRIPT

Now comes, Plaintiff, Rosemary Morgan-Lee, and moves this Honorable Court to redact and/or to seal portions of the transcripts for proceedings on May 7, 2018 and May 8, 2018 and to maintain the seal with respect to Exhibit 60. The transcripts of these proceedings were transcribed by Brenda Hancock, Official Court Reporter.

Plaintiff states that the following information concerns confidential health care information regarding third parties. Plaintiff therefore requests that the following information be redacted and/or sealed prior to the transcript being made remotely electronically available:

| Document No. of Transcript (from Docket) | Page(s) | Line(s) | Identifier | Redaction/Seal Requested | Court Reporter |
|---|---|---|---|---|---|
| 462 | 66 | 12 | ███████████ | Patient G. | Brenda Hancock |
| 462 | 66 | 13 | ██████████ | Patient G. | Brenda Hancock |
| 462 | 69 | 19 | ██████ | Patient G. | Brenda Hancock |

1

| 462 | 91 | 19-21 | ███████ | SEAL | Brenda Hancock |
| 462 | 93 | 15-25 | ███████ | SEAL | Brenda Hancock |
| 462 | 94 | 1-25 | ███████ | SEAL | Brenda Hancock |
| 462 | 95 | 1-8 | ███████ | SEAL | Brenda Hancock |
| 462 | 96 | 4-22 | ███████ | SEAL | Brenda Hancock |
| 462 | 99 | 22-25 | ███████ | SEAL | Brenda Hancock |
| 462 | 100 | 1-13 | ███████ | SEAL | Brenda Hancock |
| 462 | 102 | 4-24 | ███████ | SEAL | Brenda Hancock |
| 462 | 105 | 8-19 | ███████ | SEAL | Brenda Hancock |
| 462 | 106 | 2-20 | ███████ | SEAL | Brenda Hancock |
| 462 | 109 | 1-13 | ███████ | SEAL | Brenda Hancock |
| 462 | 109 | 20-25 | ███████ | SEAL | Brenda Hancock |
| 462 | 110 | 1-19 | ███████ | SEAL | Brenda Hancock |
| 463 | 8 | 16 | ███████ | Patient G. | Brenda Hancock |
| 463 | 15 | 19-20 | ███████ | Patient G. | Brenda Hancock |
| 463 | 19 | 7-8 | ███████ | Patient G. | Brenda Hancock |
| 463 | 26 | 25 | ███████ | Patient M. | Brenda Hancock |
| 463 | 46 | 9 | ███████ | Patient G. | Brenda Hancock |
| 463 | 48 | 14 | ███████ | Patient M. | Brenda Hancock |

Prior to the filling of the within Motion, Plaintiff's counsel attempted to confer with counsel for the Defendant. Defendant's counsel responded that he was away until June 22, 2018.

Respectfully submitted by,

Attorney for Plaintiff,
Rosemary Morgan-Lee,


/s/ Louise Herman
Louise A. Herman, Esq. (#548995)
Law Offices of Louise A. Herman
321 South Main Street, Suite 300
Providence, RI  02903
(401) 277-4110 (Telephone)
(401) 453-0073 (Fax)
lherman@lhermanlaw.com

Jeremy L. Friedman (CA Bar No. 152659)
(Pro Hac Vice)
Law Office of Jeremy L. Friedman
2801 Sylhowe Road
Oakland, CA 94602
Telephone: (510) 530-9060
Facsimile: (510) 530-9087
Email: jlfried@comcast.net

Date:   June 11, 2018

## CERTIFICATION

I hereby certify that on this 11th day of June, 2018, the within document was electronically filed with the Court and it is available for viewing and downloading from the ECF system.

/s/ Louise A. Herman

## <u>LOCAL RULE 7.1 CERTIFICATION</u>

Pursuant to Local Rule 7.1 (A)(2), the undersigned certifies that counsel for the Plaintiff attempted to confer with counsel for Defendant in good faith to resolve or narrow the issues raised by this motion.

*/s/ Louise A. Herman*