UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ROSEMARY MORGAN-LEE, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. |
| | ) | |
| v. | ) | 1:13-CV-11997-DPW |
| | ) | |
| THERAPY RESOURCES MANAGEMENT, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR EXCUSAL

NOW COMES Attorney Louise A. Herman, Esq., counsel for Plaintiff, Rosemary Morgan-Lee, and hereby requests that she be excused from any and all appearances in the case for the period of time set forth below:

1. Time:  May 13, 2020 through and including May 22, 2020

2. Reason:  Family vacation

                      HERMAN LAW GROUP

                      */s/ Louise A. Herman*

                      Louise A. Herman (#548995)
                      1445 Wampanoag Trail, Suite 104
                      Providence, RI 02903
                      (401) 277-4110
                      (401) 433-0139 (fax)
                      Email: lherman@lhermanlaw.com

Dated: February 27, 2020

## **CERTIFICATION**

I hereby certify that on this 27th day of February 2020, the within document has been electronically filed with the Court and that it is available for viewing and downloading from the ECF system.

*/s/ Louise A. Herman*